UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:15-cr-00201-JMS-TAB |
| ) | |
| BERONTA SMITH (12), ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation dkt [673] recommending that Beronta Smith's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Lynch's Report and Recommendation dkt [673]. The Court finds that Mr. Smith committed Violation Numbers 1, 3, 5 & 6 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [646]. Government's motion to withdraw the remaining violations 2 & 4 granted. Defendant is ordered to pay $200 within forty-eight hours of his hearing. The remaining balance owed is to be paid within fourteen (14) days of his hearing. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Smith is sentenced to Time Served with no supervised release to follow.

Date: 3/10/2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal